```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
EDWARD CID OREA,                                                  :
                                                                  :
                              Petitioner,                         :    25-CV-10067 (JMF)
                                                                  :
              -v-                                                 :
                                                                  :    MEMORANDUM OPINION
LaDEON FRANCIS et al,                                             :        AND ORDER
                                                                  :
                              Respondents.                        :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Petitioner Edward Cid Orea, who was detained by immigration authorities on December 3, 2025, petitions for the writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. By Order entered at 2:37 p.m. yesterday, the Court scheduled a conference for tomorrow, December 8, 2025, at 3:00 p.m., and directed the parties to submit a joint letter by tomorrow at 10:30 a.m. addressing, among other things, whether there is any basis to distinguish this case from the Court's recent immigration decisions, including *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025), and *Khabazha v. U.S. Imm. & Customs Enforcement*, No. 25-CV-5279 (JMF), 2025 WL 3281514, at *1 (S.D.N.Y. Nov. 25, 2025) (and, if not, whether Respondents would consent to issuance of the writ — subject to preservation of Respondents' arguments for appeal). *See* ECF No. 4.

To their credit, the parties filed their joint letter early — today at 3:33 p.m. *See* ECF No. 6. The letter states that "the parties agree that full briefing is not necessary in this case given the Court's prior decisions in *Guzman Cardenas* and *Khabazha*." *Id.* at 1. More specifically, Respondents concede that the facts of this case "are not materially distinguishable for purposes of the Court's resolution of the primary legal issue presented, *i.e.*, the statutory authority for

1

Petitioner's detention — 8 U.S.C. § 1226(a) or 8 U.S.C. § 1225(b)(2)(A)" and that "the Court's decision in *Guzman Cardenas* would control the result in this case if the Court adheres to that decision." *Id.* at 2.  The Court does adhere to its decision in *Guzman Cardenas*.  Accordingly, and in light of Respondents' concessions (even as they "reserve[e] all rights, including the right to appeal," *id.*), the Petition for the writ of habeas corpus is GRANTED.

If counsel for Petitioner notifies counsel for Respondents by **6:00 p.m. TODAY** that Petitioner prefers immediate release from his current place of detention (in Pennsylvania) over transfer back to this District before release, Respondents shall release him **and** certify compliance with this Order no later than **8:00 p.m. TODAY**.  If counsel for Petitioner confirms that Petitioner prefers transfer back to this District before release (or does not indicate a preference one way or another by 6:00 p.m. today), Respondents shall release Petitioner in this District — and file certification thereof — by **3:00 p.m. TOMORROW**.

The Clerk of Court is directed to close this case.  The conference scheduled for tomorrow is canceled as moot.

SO ORDERED.

Dated: December 7, 2025, at 4:35 p.m.  
New York, New York

_____  
JESSE M. FURMAN  
United States District Judge

2