**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
EDWARD CID OREA,

                        Petitioner,                  25 **CIVIL** 10067 (JMF)

        -against-                                **JUDGMENT**

LaDEON FRANCIS et al,

                        Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated December 7, 2025, the Petition for

the writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
           December 8, 2025

                                **TAMMI M. HELLWIG**
                            _____
                              **Clerk of Court**

                 **BY:**         K. mango

                               _____
                              **Deputy Clerk**